UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

                                            Case No. 08-50034-PJS

LEONARD RIINA II,                             Chapter 7

                                            Judge Shefferly

          Debtor.

_____/

## MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND TRANSFERRING LIENS TO PROCEEDS

      Wendy Turner Lewis, Chapter 7 Trustee for the estate of Leonard Riina, II (the "Debtors"), by her attorneys, Bernardi, Ronayne & Glusac, P.C., states:

      1.      On April 25, 2008, the Debtor filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code (the "Code").

      2.      Wendy Turner Lewis is the duly appointed Chapter 7 Trustee of the Debtor's estate (the "Trustee").

      3.      The assets of the Debtor's estate the following personal property (the "Property"):

          One (1) 2003 22-foot Tahoe (pontoon boat)
          One (1) Trailer
          Two (2) 2004 Sea-Doo RXP

      4.      The Trustee has received the following offer for the purchase of the Property:

| | |
|---|---|
| Offeror: | Mary A. Riina |
| Offer Price: | $15,000.00 |
| Deposit: | The Trustee has received a $1,500.00 deposit from Ms. Riina |

      5.      The Trustee seeks to sell the Property free and clear of all liens and other interests and transfer liens and interests to the proceeds of sale pursuant to Code § 363 to Mary A. Riina.

6.     The Property will be sold AS IS and WHERE IS, without any representation or warranty, whether express or implied, including, but not limited to, any warranties of merchantability or fitness for a particular purpose.

7.     The Property will be sold pursuant to Order, after a notice and opportunity for hearing has been served on all creditors.

8.     The Trustee seeks entry of an Order authorizing her to sell the Property pursuant to the terms contained in this Motion.

THEREFORE, the Trustee requests that this Court authorize her to sell the Property pursuant to the terms and conditions set forth in this Motion.  A proposed Order is attached as Exhibit 1.

BERNARDI, RONAYNE & GLUSAC, P.C.

/s/Rodney M. Glusac
Attorneys for Trustee
1058 Maple Street
Suite 100
Plymouth, MI  48170
(734) 416-1780
rodg@brgpc.com
(P43756)

Dated:  October 2, 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

                                         Case No. 08-50034-PJS

LEONARD RIINA II,                          Chapter 7

                                         Judge Shefferly

        Debtor.

_____/

**ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY FREE AND
CLEAR OF LIENS AND TRANSFERRING LIENS TO PROCEEDS**

      Wendy Turner Lewis, the Chapter 7 Trustee of the Debtor's estate, having filed her

Motion for Authority to Sell Personal Property Free and Clear of Liens and Transferring Liens to

Proceeds (the "Motion"); notice having been properly served on all interested parties and

creditors; no objections to the Motion having been filed; and the Court being otherwise duly

advised in the premises:

      IT IS ORDERED that:

      (A)    The Trustee is authorized to sell the estate's interest in the following personal

property to Mary A. Riina for the sum of $15,000.00 pursuant to 11 U.S.C. § 363 and the terms

and conditions set forth in the Motion:

                  One (1) 2003 22-foot Tahoe (pontoon boat)
                  One (1) Trailer
                  Two (2) 2004 Sea-Doo RXP

      (B)    All liens on the subject property, whether consensual or statutory, are transferred

from, and extinguished with respect to the subject property, and shall attach to any proceeds of

the sale of the subject property to the same extent, and having the same validity, perfection,

priority and enforceability as such liens had with respect to such property immediately before the

sale. Except as otherwise provided herein, any issues regarding the extent, validity, perfection,

priority and/or enforceability of such liens, with respect to the proceeds of the sale shall be determined by the Bankruptcy Court at a later date.

(C)     All persons and governmental units are enjoined from taking any action against the subject property to realize on any putative interests including, but not limited to, any action to collect any property tax, installment of a special assessment, or utility payment.

(D)     Each and every appropriate federal, state, and local governmental agency or department is ordered and directed to accept transactions contemplated by this Order including, without limitation, filings in the recording offices in Michigan and governmental agencies or departments.

(E)     The Trustee is authorized to execute such documents and agreements and to do such things as may be necessary or appropriate in her sole discretion to implement, effectuate, and consummate the transactions contemplated in this Order.

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

                                  Case No. 08-50034-PJS

LEONARD RIINA II,                   Chapter 7
                                  Judge Shefferly

        Debtor.

_____/

### NOTICE OF MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND TRANSFERRING LIENS TO PROCEEDS

      Wendy Turner Lewis, the Chapter 7 Trustee, has filed papers with the Court to sell the estate's interest in the following personal property to Mary A. Riina for the sum of $15,000.00:

           One (1) 2003 22-foot Tahoe (pontoon boat)
           One (1) Trailer
           Two (2) 2004 Sea-Doo RXP

      **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

      If you do not want the Court to enter an this Order or if you want the Court to consider your views on the motion, **within 15 days you or your attorney must**:

      1.      File with the Court a written response or objection, explaining your position, at: [1]

           U.S. Bankruptcy Court
           211 W. Fort Street, Suite 2100
           Detroit, Michigan 48226

           If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

           You must also mail a copy to:

           Rodney M. Glusac, Esq.
           Bernardi, Ronayne & Glusac, P.C.
           1058 Maple Street
           Suite 100
           Plymouth, MI 48170

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

2.     If a response or objection is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the relief sought in the motion and may enter an Order granting that relief.**

BERNARDI, RONAYNE & GLUSAC, P.C.

/s/Rodney M. Glusac
Attorneys for Trustee
1058 Maple Street
Suite 100
Plymouth, MI 48170
(734) 416-1780
rodg@brgpc.com
(P43756)

Dated: October 2, 2008

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

                                        Case No. 08-50034-PJS

LEONARD RIINA II,                       Chapter 7
                                          Judge Shefferly

                Debtor.

_____/

### **NOTICE OF TRUSTEE'S SALE**

        To the creditors of the above-named Debtor:

        NOTICE IS GIVEN that pursuant to 11 U.S.C. § 363(b), Fed.R.Bankr.P. 2002 and 6004, and L.B.R. 6004-1(b) (E.D.M.), Wendy Turner Lewis, the Chapter 7 Trustee, will sell the estate's interest in the following personal property to Mary A. Riina for the sum of $15,000.00 free and clear of liens and other interests, with liens and interests to attach to the proceeds of the Sale:

                        One (1) 2003 22-foot Tahoe (pontoon boat)
                        One (1) Trailer
                        Two (2) 2004 Sea-Doo RXP

        Pursuant to L.B.R. 6004-1(b) (E.D.M.), if no objections to the sale are filed with the U.S. Bankruptcy Court within 15 days from the date this notice is served, authority to sell may be granted without a hearing. If an objection is filed and served on the Trustee, a notice of hearing to consider the sale will be sent to the objecting party.

                                        BERNARDI, RONAYNE & GLUSAC, P.C.

                                        /s/Rodney M. Glusac
                                        Attorneys for Trustee
                                        1058 Maple Street
                                        Suite 100
                                        Plymouth, MI 48170
                                        (734) 416-1780
                                        rodg@brgpc.com
                                        (P43756)

Dated: October 2, 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Case No. 08-50034-PJS

LEONARD RIINA II,

Chapter 7

Judge Shefferly

Debtor.

_____/

## <u>CERTIFICATION OF SERVICE</u>

I certify that on October 2, 2008, I electronically filed the Motion for Authority to Sell Personal Property Free and Clear of Liens and Transferring Liens to Proceeds (the "Motion"), the Notice of the Motion, and the Notice of Trustee's Sale (the "Pleadings") with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

- Gerald L. Decker:  gldeckerlaw@aol.com
- Junhua Gu:  ecf@kaalaw.com
- Robert E. Igrisan:  efrith@mcleodusa.net
- Wendy Turner Lewis:  wlewis@ecf.epiqsystems.com, trustee@lewistrustee.com

and I certify that on October 2, 2008, I have mailed by United States Postal Service the Notice of the Motion and the Notice of Trustee's Sale to the non-ECF participants:   <u>See Attached List</u>

BERNARDI, RONAYNE & GLUSAC, P.C.

Dated:  October 2, 2008

/s/Rodney M. Glusac
Attorneys for Trustee
1058 Maple Street
Suite 100
Plymouth, MI  48170
(734) 416-1780
rodg@brgpc.com
(P43756)

```
Label Matrix for local noticing        Advanta Bank Corp                    Capital One
0645-2                                  P.O. Box 8088                       P.O. Box 105131
Case 08-50034-pjs                       Philadelphia, PA  19101-8088        Atlanta, GA  30348-5131
Eastern District of Michigan
Detroit
Wed Oct  1 13:55:40 EDT 2008

Chase                                   Contractors Pipe & Supply           Gerald L. Decker
P.O. Box 4661                           C/O Anthony Wayne Kahn, Esq.        42700 Schoenherr Rd.
Houston, TX 77210-4661                  33110 Grand River Ave.              Suite 3
                                        Farmington, MI 48336-3120           Sterling Heights, MI 48313-2874


Ferguson Enterprises, Inc.              Ford Motor Credit                   Ford Motor Credit Company LLC
C/O Gregory S. Pierce, Esq.             P.O. Box 55000                      Drawer 55-953
1111 W. Long Lake Rd., Ste. 202         Detroit, MI 48255-0001              P O Box 55000
Troy, MI 48098-6333                                                         Detroit MI  48225-0953


Ford Motor Credit Company LLC           GMAC Mortgage                       Rodney M. Glusac
Drawer 55-953                           2600 Troy Center Dr., Ste. 200      1058 Maple Street
P O Box 55000                           Troy, MI 48084-4771                 Suite 100
Detroit MI 48255-0001                                                       Plymouth, MI 48170-1996


Gm Cardmember Services                  Junhua Gu                           Wendy Turner Lewis
P.O. Box 94014                          903 N. Opdyke Road                  456 E. Milwaukee
Palatine, IL  60094-4014                Suite C                             Detroit, MI 48202-3236
                                        Auburn Hills, MI 48326-2693


Macomb County Circuit Court             Macomb County Circuit Court         Macomb County Circuit Court
Case No. 07-1859-CK                     Case No. 07-4864-CK                 Case No. 08-0535-CK
40 N. Main                              40  N. Main                         40 N. Main
Mt. Clemens, MI 48043-5656              Mt. Clemens, MI 48043-5656          Mt. Clemens, MI 48043-5656


Marathon                                Leonard Riina II                    SNCG Collections, LLC
Fleet Services                          49217 Monte                         C/O Kenneth J. Safran, Esq.
P.O. Box 6293                           Chesterfield Township, MI 48047-4869 710 East Grand River
Carol Stream, IL  60197-6293                                                Howell, MI 48843-2430


Phillip J Shefferly                     United States Trustee               Wells Fargo
2                                       211 W. Fort Street Ste.700          Payment Remittance Center
211 West Fort Street                    Detroit, MI 48226-3263              P.O. Box 6426
Room 1900                                                                   Carol Stream, IL  60197-6426
Detroit, MI 48226-3228


Wells Fargo Bank
BDD Bankruptcy Dept
P O Box 53476
Phoenix AZ 85072-3476
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC

(d)Rodney M. Glusac
1058 Maple Street
Suite 100
Plymouth, MI 48170-1996

(d)Macomb County Circuit Court
Case No. 07-4864-CK
40 N. Main
Mt. Clemens, MI 48043-5656

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27